IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CLIFFORD WHITE JR.                          *
         Petitioner,
    v.                                              *     CIVIL ACTION NO. RDB-05-2375

WARDEN                                       *
         Respondent.
                       ******

## MEMORANDUM OPINION

On August 29, 2005, inmate Clifford White filed this letter with the Clerk seeking federal district court intervention to order a state circuit court judge to issue a ruling on a motion to alter or amend a post-conviction judgment. (Paper No. 1). He claims that a motions hearing was held on April 20, 2005, and that Howard County Circuit Court Judge Diane Leasure has not yet entered a decision. (*Id.*).

Inasmuch as White seeks to compel state court action, the action has been construed as a 28 U.S.C. § 1361 Petition for mandamus relief. Under 28 U.S.C. § 1361, the federal district courts have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or one of its agencies to perform a duty owed to a petitioner. This federal district court, however, has no mandamus jurisdiction over state courts. *Gurley v. Superior Court of Mecklenburg County*, 411 F.2d 586, 587 (4th Cir. 1969). Therefore, Petitioner's request for mandamus relief shall be dismissed.

In light of this opinion, a separate Order shall be entered dismissing this Petition without requiring service of process on Respondent. A separate Order follows.

Date:   <u>August 31, 2005</u>                   <u>/s/                                        </u>
                                     RICHARD D. BENNETT
                                     UNITED STATES DISTRICT JUDGE